FROM               (TJE) 5.16'00 16:09/ST. 16:08/NO. 4260289083 F 2

Priority   ✓
Send    ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1   ERIC M. LIEBERMAN
    RABINOWITZ, BOUDIN,
2   STANDARD, KRINSKY & LIEBERMAN
    740 Broadway, Fifth Floor
3   New York, New York 10003
    Telephone: (212) 254-1111
4
5   AVA M. PAQUETTE (SBN 165375)
    MOXON & KOBRIN
6   3055 Wilshire Blvd.
    Suite 900
7   Los Angeles, California 90010
    Telephone: (213) 487-4468
8   Attorneys for Defendant
    KENDRICK L. MOXON

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PHILLIP PATTINSON, | ) | CASE NO. 98 - 3985 CAS (SHx) |
| | ) | Hon. Christina A. Snyder |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING ON PLAINTIFF COUNSEL** |
| vs. | ) | **AND MOVANT'S RULE 60(B)** |
| | ) | **MOTION CURRENTLY SCHEDULED** |
| | ) | **FOR JUNE 12, 2000** |
| CHURCH OF SCIENTOLOGY | ) | |
| INTERNATIONAL, a California | ) | |
| Corporation, et. al., | ) | |
| | ) | **Time:** 10:00 a.m. |
| Defendants. | ) | **Date:** June 12, 2000 |
| | ) | **Ctrm:** 5 |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties to
this action, through their designated counsel, that
plaintiff's counsel and movant, Graham E. Berry's, Notice of
Motion and Motion Pursuant to FRCP 60(b) to Vacate Rule 11
Order currently scheduled for June 12, 2000 at 10:00 a.m. in
Courtroom 5 of the above-entitled Court be continued to June
16, 2000 at 10:00 a.m. in Courtroom 5.

1

78

Graham Berry has further indicated that he will file a supplemental declaration in support of this Motion by May 30, 2000.

The parties also agree that should defendant, Kendrick Moxon, file his opposition to movant's motion on Graham Berry on June 12, 2000, the opposition will be hand-served upon movant. Likewise, should movant file his reply to defendant's opposition on June 19, 2000, the reply will be hand-served upon defendant.

Dated: May 16, 2000                RABINOWITZ, BOUDIN, STANDARD,
                                   KRINSKY & LIEBERMAN, PC


                              By: _____
                                   ERIC M. LIEBERMAN


Dated: May 17, 2000                MOXON & KOBRIN


                              By: _____
                                   AVA N. PAQUETTE

                                   Attorneys for Defendant
                                   KENDRICK L. MOXON


Dated: May 17, 2000                LAW OFFICES OF GRAHAM E. BERRY


                              By: _____
                                   Graham E. Berry

                                   Attorney for Plaintiff
                                   MICHAEL PATTINSON


2

1        IT IS SO ORDERED.

2

3    Dated:    5/19/00

4

5

6                                    BY: HONORABLE CHRISTINA A. SNYDER
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the
age of eighteen (18) years and not a party to the within action; my business address is
3055 Wilshire Boulevard, Suite 900, Los Angeles, California 90010.

On May 17, 2000, I served the foregoing document described as:
STIPULATION TO CONTINUE HEARING ON PLAINTIFF COUNSEL AND
MOVANT'S RULE 60(B) MOTION CURRENTLY SCHEDULED FOR JUNE 12,
2000 on interested parties in this action

[ ]    by placing the true copies thereof enclosed in sealed envelopes addressed as stated
       in the attached mailing list

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes
       addressed as follows:

Graham E. Berry                          Graham E. Berry
Law Offices of Graham E. Berry           c/o Lumin-Oz
1223 Wilshire Boulevard                  8460 Higuera Street
Box 1028                                 Culver City, California 90232
Santa Monica, California 90403

[X]    BY MAIL

I am readily familiar with the firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with the U.S.
Postal Service on that same day with postage hereon fully prepaid at Los Angeles,
California in the ordinary course of business. I am aware that on motion of the party
served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing affidavit.

Executed on May 17, 2000 at Los Angeles, California.

_Ava Paquette_                    _Ava Paquette_