Priority
Send
Enter
Closed
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTE ORDER

Case No.: CV-98-3985 CAS (SHx)                July 11, 2000

Title:    MICHAEL P. PATTINSON v. CHURCH OF SCIENTOLOGY ET AL.

---

PRESIDING:    HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

Maynor Galvez,                                    None present
Deputy Clerk                                      Court Reporter

---

PROCEEDINGS:    (IN CHAMBERS) EX PARTE APPLICATION OF GRAHAM E.
                BARRY TO STAY DECISION, OR ISSUE WITHOUT PREJUDICE
                ANY DECISION ON MOVANT GRAHAM E. BERRY'S PENDING
                FED. R. CIV. P. 60(B)(3)&(6) MOTION

   The Court issued an order on the underlying motion on June 30, 2000. Accordingly, the ex parte application is denied as moot.

   Defendant Kendrick L. Moxon's request for sanctions is denied.

   IT IS SO ORDERED.



ENTERED ON ICMS

JUL 1 2 2000

97

S:\Orders\CIVIL\1998\98-3985.11.wpd