THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Case 2:98-cv-03985-CAS-SH Document 103 Filed 04/13/01 Page 1 of 3 Page ID #:17

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
CLERK, U.S. DISTRICT COURT

APR 11 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

JAN 29 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. Court of Appeals Docket Number: 00-56356
Lower Court Docket No.: CV-98-03985-CAS
Short Title: Berry v. Church of Scientolog

Priority
Send        X
Enter
Closed      X
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

O R D E R

F I L E D

JAN 17 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to comply with the rules requiring processing the appeal to hearing.

A certified copy of this order sent to the district court, agency or Tax Court shall act as and for the mandate of this court.

ENTERED
CLERK, U.S. DISTRICT COURT

APR 13 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 17 2001

by: _____ Deputy Clerk

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

APR 13 2001

ENTERED ON ICMS

APR 13 2001

CV

103

MOATT   CLOSED

INTERNAL USE ONLY: Proceedings include all events.
00-56356 Berry, et al v. Church of Scientolog, et al

MICHAEL PHILLIP PATTINSON                Christian Joseph Scali, Esq.
        Plaintiff                        FAX 213-637-5659
                                         213-637-5656
                                         Suite 1755
                                         [COR LD NTC ret]
                                         LEWIS & SCALI
                                         3550 Wilshire Boulevard
                                         Los Angeles, CA 90010

                                         Graham Edward Berry, Esq.
                                         FAX 310-393-4507
                                         310-395-4800
                                         [COR LD NTC ret]
                                         GRAHAM E. BERRY LAW OFFICES
                                         Post Office Box 1028
                                         1223 Wilshire Boulevard
                                         Los Angeles, CA 90403

GRAHAM EDWARD BERRY                       Graham Edward Berry
        Appellant                        [COR LD NTC prs]
                                         GRAHAM E. BERRY LAW OFFICES
                                         Post Office Box 1028
                                         1223 Wilshire Boulevard
                                         Los Angeles, CA 90403


        v.

CHURCH OF SCIENTOLOGY                     No Appearance
INTERNATIONAL, a California              No Address
Corporation
        Defendant - Appellee

RELIGIOUS TECHNOLOGY CENTER, a           No Appearance
California Corporation                   (See above)
        Defendant - Appellee

CHURCH OF SPIRITUAL TECHNOLOGY,          No Appearance
a California Corporation                 (See above)
        Defendant - Appellee

KENDRICK L. MOXON, an                    Eric M. Lieberman
individual                               212/254-1111
        Defendant - Appellee             [COR LD NTC ret]
                                         Rabionowitz,Boudin,Standard,
                                         Krinsky & Lieberman
                                         740 Broadway - Fifth Floor
                                         New York, NY 10003-9518

                                         Helena K. Kobrin, Esq.
                                         FAX 487-5385
                                         213/487-4468
                                         Suite 900
                                         [COR LD NTC ret]

Docket as of January 17, 2001 11:19 pm          Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
00-56356 Berry, et al v. Church of Scientolog, et al

                                    MOXIN & KOBRIN
                                    3055 Wilshire Blvd.
                                    Los Angeles, CA 90010

BUILDING MANAGEMENT SERVICE, a      No Appearance
California Corporation              (See above)
     Defendant - Appellee

 , a California Unincorporated      No Appearance
Association                        (See above)
     Defendant - Appellee