UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-JUDGMENT DEBTOR

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ✓

SCANNED

Case No. CV98-3985 CAS (SHx)     Date April 4, 2006

Title: Michael Pattinson v. Church of Scientology International, et al

PRESENT: THE HONORABLE   Stephen J. Hillman
☐ U.S. DISTRICT JUDGE
☐ MAGISTRATE JUDGE

Sandra L. Butler
Deputy Clerk

Court Reporter / Recorder

06-16 @71-142
Tape No.

ATTORNEYS PRESENT FOR PLAINTIFFS:
Kendrick L. Moxon

ATTORNEYS PRESENT FOR DEFENDANTS:
Graham E. Berry

PROCEEDINGS: Matter set for appearance of Judgment Debtor Graham Berry

  x   Case called. Counsel and Debtor enter appearances.

  x   Debtor Graham Berry sworn.

Initials of Preparer___slb

CIVIL MINUTES - JUDGMENT DEBTOR



DOCKETED ON CM
APR - 5 2006
BY _____ 046