# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV98-3985 CAS (SHx) | Date | May 5, 2008 |
| Title | Michael Pattinson  v. Church of Scientology International | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge | | |
|---|---|---|---|
| Sandra Butler | CS05/05/2008 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ava Paquette<br>Kendrick L. Moxon | Graham Berry |

**Proceedings:**    Judgment Debtor Examination for Graham Berry

Case called. Counsel for plaintiff and Judgment Debtor Mr. Berry present. Debtor sworn.

: 5

Initials of Preparer   slb